# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ✓

Case No **ED CR 01-88-RT**                                Date **5-19-03**

Hon **ROBERT L TIMLIN**, Judge

| Lenora Pulliam | Phyllis Gunther | Alex Bustamante |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst U S Attorney |
| **ALLAN ARTHUR FIGUEROA** | **Gregory Nicolaysen** | **NONE** |
| Defendant | APPTD   Counsel | Interpreter |

**PROCEEDINGS:   SENTENCING AND JUDGMENT**

✓ Refer to Judgment and Probation/Commitment Order, signed copy attached hereto
☐ See below for sentence
☐ Imprisonment for _____ years/months on each of counts _____
  Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of $_____ is imposed on each of count(s) _____ Concurrent/Consecutive
  ☐ Execution / Imposition of sentence as to imprisonment only suspended on count(s) _____
☐ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
☐ _____ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s
  _____ under the usual terms & conditions (see back of Judgment/Commitment Order)
  and the following additional terms and conditions, under the direction of the Probation Office

   ☐ Perform _____ hours of community service
   ☐ Serve _____ in a CCC/CTC
   ☐ Pay $_____ fine amounts & times determined by P/O
   ☐ Make $_____ restitution in amounts & times determined by P/O
   ☐ Participate in a program for treatment of narcotic/alcohol addiction
   ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision
     Comply with rules/regulations of INS, if deported not return to U S A illegally and upon any reentry during
     period of supervision report to the nearest P/O within 72 hours
   ☐ OTHER CONDITIONS _____

☐ Pursuant to Section 5E1 2(e), all fines are waived, including costs of imprisonment & supervision  The Court
  FINDS the defendant does not have the ability to pay
☐ Pay $_____ , per count, special assessment to the United States for a total of $_____
☐ Imprisonment for _____ months/years and for a study pursuant to 18 USC _____ with results to be furnished
  to the Court within _____ days/months whereupon the sentence shall be subject to modification  This matter is set for
  further hearing on _____
☐ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed
☐ Defendant informed of right to appeal
☐ ORDER sentencing transcript for Sentencing Commission       ☐ Processed statement of reasons
☐ Bond exonerated        ☐ upon surrender        ☐ upon service of _____
☑ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender
  to the designated facility of the Bureau of Prisons, or, if no designation made, to the U S Marshal
☐ Defendant ordered remanded to/released from custody of U S Marshal forthwith
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal
☐ Appeal bond set at $_____
✓ Filed and distributed judgment  Issd JS-3   ENTERED

Deputy Clerk Initials **LP**

CR 90 (6/00)                    **CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

United States District Court
Central District of California

| UNITED STATES OF AMERICA vs. | Docket No | EDCR 01-88-RT |
|---|---|---|

| Defendant | ALLAN ARTHUR FIGUEROA | Social Security No. | 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 |
|---|---|---|---|
| akas | | | |
| Residence Address | Metropolitan Detention Center 535 No Alameda Street Los Angeles, Calif 90012 | Mailing Address | |

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

In the presence of the attorney for the government, the defendant appeared in person on this

| MONTH | DAY | YEAR |
|---|---|---|
| 05 | 19 | 03 |

**COUNSEL** ☑ WITH COUNSEL   Gregory Nicolaysen, Retained
(Name of Counsel)

**PLEA** ☑ GUILTY, and the court being satisfied that there is a factual basis for the plea   ☐ NOLO CONTENDERE   ☐ NOT GUILTY

**FINDING** There being a finding/verdict of ☑ GUILTY, defendant has been convicted as charged of the offense(s) of 18 USC 113(a)(3) Assault with a Dangerous Weapon with Intent to do Bodily Harm (Count 3)

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced   Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **100 months**

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years under the following terms and conditions

1. The defendant shall comply with the standard conditions that have been adopted by this Court   See the Court's General Order No 318 (and 01-05- if Fine/Restitution),

2. The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer   The defendant shall abstain from using illicit drugs, and alcoholic beverages, during the period of supervision,

3. As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's drug dependency/alcohol dependency/psychiatric disorder to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672   The defendant shall provide payment and proof of payment as directed by the Probation Officer,

4. During the period of community supervision, the defendant shall pay restitution in accordance with this Court's orders pertaining to such payment,

| USA vs | ALLAN ARTHUR FIGUEROA | Docket No | EDCR 01-88-RT |
|---|---|---|---|

5   The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer, further, the defendant shall not use, for any purpose or in any manner, any name other than his true legal name

**IT IS ORDERED** that the Probation Officer shall provide the Defendant with a written statement that sets forth all the conditions to which the term of Supervised Release is subject, pursuant to 18 USC 3583(f)

**IT IS ORDERED** that the defendant shall pay to the United States a special assessment of $100, which is due immediately   Defendant shall pay the Special Assessment as follows  $10 00 per month in consecutive monthly installments   Such payments shall commence 30 days after the defendant has been assigned an income producing job by the prison officials,

**IT IS ORDERED** that the defendant shall pay restitution in the total amount of $6,255 pursuant to 18 USC 3663A  The amount of restitution ordered shall be paid as follows

| Victim | Amount |
|---|---|
| Casimiro Serrano | $6,255 |

TOTAL RESTITUTION OWING  $6,255

Restitution shall be due during the period of imprisonment, as directed by the Court or the United States Attorney, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program   If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of $100 shall be made during the period of supervised release   These payments shall begin 30 days after the commencement of supervision  Nominal restitution payments are ordered as the court finds that the defendant's economic circumstances do not allow for either immediate or future payment of the amount ordered

Pursuant to 18 USC 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest   Payments may be subject to penalties for default and delinquency pursuant to 18 USC 3612(g)

The defendant and his convicted co-defendants, Humberto Gutierrez and Jerramy Orlando Barrios, will be held jointly and severally liable for the total amount of restitution

The defendant shall comply with General Order No  01-05

Pursuant to Section 5E1 2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine in addition to restitution

Government's motion to Dismiss Counts 1 and 2 is **GRANTED**

**COURT RECOMMENDS** that the Bureau of Prisons designate a Federal custodial institution where he may participate in the UNICOR Work Program at defendant's place of incarceration and that he be allowed to participate in a 500 Hour Substance Abuse Treatment Program providing that he meets the eligibility criteria

| USA vs | ALLAN ARTHUR FIGUEROA | Docket No | EDCR 01-88-RT |
|---|---|---|---|

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed   The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U S Marshal or other qualified officer

_5/20/03_
Date

_Robert J Timlin_
ROBERT J TIMLIN
U S District Judge

Sherri R Carter, Clerk of Court

_5/20/03_
Filed Date

By   L Pulliam
     Deputy Clerk

CR-104 (10/02)  JUDGMENT & PROBATION/COMMITMENT ORDER  Page 3 of 5

| | | |
|---|---|---|
| USA vs   ALLAN ARTHUR FIGUEROA | Docket No | EDCR 01-88-RT |

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below)
The defendant shall comply with the additional conditions on the attached page(s) pursuant to General Orders 318 and 01-05

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U S C  §3612(f)(1)   Payments may be subject to penalties for default and delinquency pursuant to 18 U S C §3612(g)   Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office   18 U S C  §3613

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full   18 U S C §3612(b)(1)(F)

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U S C  §3664(k)   The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U S C  §3664(k)   See also 18 U S C  §3572(d)(3) and for probation 18 U S C  §3563(a)(7)

Payments shall be applied in the following order

1  Special assessments pursuant to 18 U S C  §3013,
2  Restitution, in this sequence
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim,
3  Fine,
4  Community restitution, pursuant to 18 U S C  §3663(c), and
5  Other penalties and costs

### SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer  (1) a signed release authorizing credit report inquiries, (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant   In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer

The defendant shall maintain one personal checking account   All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses   Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in

USA vs ALLAN ARTHUR FIGUEROA    Docket No   EDCR 01-88-RT

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment

1. The defendant shall not commit another Federal, state or local crime,
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer,
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month,
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
5. the defendant shall support his or her dependants and meet other family responsibilities,
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons,
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment,
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician,
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered,
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer,
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer,
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer,
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement,
15. the defendant shall not possess a firearm or other dangerous weapon,
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this judgment

### RETURN

I have executed the within Judgment and Commitment as follows

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment

United States Marshal

By _____
_____        Deputy Marshal
Date

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody

Clerk, U S District Court

By  L Pulliam
_____        Deputy Clerk
Filed Date